469 A.2d 284

Commonwealth v. Anderson, Appellant.

Petition for Allowance of Appeal
Denied May 29, 1984.

Submitted October 7, 1983.  Brian S. Quinn, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

469 A.2d 284

Commonwealth v. Brown, Appellant.

Submitted September 23, 1983.  Paul Lichtenstein, for appellant;  William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.

WIEAND, J., concurred in the result.